# EXHIBIT A

## AUDIO EXHIBIT, FILED MANUALLY